UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALDERWOOD SURGICAL CENTER LLC, a Washington limited liability company, d/b/a ALLURE ESTHETIC,

Plaintiff,

v.

ALLURE BEAUTY ESTHETICS LLC, a Washington limited liability company; MUSLIMA SAID; and NURSAID SAIDMAKHMUDOV, individually and the marital community composed thereof,

Defendants.

C26-3232 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion for an extension of time to respond to the complaint, docket no. 13, is GRANTED. All defendants shall now respond to the complaint by November 19, 2026. The deadline for defendant Allure Beauty Esthetics LLC to appear through counsel is also extended to November 19, 2026.

(2) The motions for extension of time to respond to the complaint by defendants Nursaid Saidmakhmudov and Muslima Said, docket nos. 11 & 12, are DENIED AS MOOT.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to the *pro se* defendants at their address of record.

Dated this 22nd day of October, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk