UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALDERWOOD SURGICAL CENTER LLC, a Washington limited liability company, d/b/a ALLURE ESTHETIC,<br><br>Plaintiff,<br><br>v.<br><br>ALLURE BEAUTY ESTHETICS LLC, a Washington limited liability company; MUSLIMA SAID; and NURSAID SAIDMAKHMUDOV, individually and the marital community composed thereof,<br><br>Defendants. | C26-3232 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge. On review, the Court GRANTS in part the parties' stipulated motion to stay proceedings pending performance of settlement, docket no. 15, as follows:

(1) All proceedings in this action are STAYED until March 2, 2027;

(2) On or before March 2, 2027, the parties shall file either (a) a stipulated dismissal of this action with prejudice, or (b) a joint status report advising the Court of the status of performance under the Settlement Agreement. Nothing in this Order precludes any party from moving, on notice and before that date, to enforce the settlement agreement or to lift the stay;

(3) The Clerk is directed to send a copy of this Minute Order to defendants Muslima Said and Nursaid Saidmakhmudov at 8703 NE 137th St., Kirkland, WA 98034, and to all counsel of record.

Dated this 5th day of November, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk